## IN THE MATTER OF WILLIAM McDOWELL SCOTT, MARSHAL

### 1807

### Journal Entries

1. Rule to show cause . . . . . . . *Journal, infra,* *p. 101
2. Evidence heard; payment of fine ordered . . . . . " 103

### Papers in File

[None]

## IN THE MATTER OF JOSEPH WATSON, A JUROR

### 1807

### Journal Entries

1. Order for attachment . . . . . . . *Journal, infra,* *p. 102
2. Order to pay fine . . . . . . . . . . . " 103

### Papers in File

[None]